# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APCON, INC. (d.b.a. APCON SOLUTIONS, INC.),<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-100<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT AND DISMISSAL

PLEASE TAKE NOTICE that the parties in this case have reached agreement on settlement of this case, and they are currently finalizing and executing a settlement agreement. The parties anticipate filing a dismissal of this case no later than September 5, 2018.

August 10, 2018

Respectfully Submitted,

By: /s/ *Ronald W. Burns*

Ronald W. Burns
Texas State Bar No. 24031903
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
972-632-9009
rburns@burnsiplaw.com

Kenneth Thomas Emanuelson
Texas Bar No. 24012591
The Emanuelson Firm
17304 Preston Road, Suite 800
Dallas, Texas 75252
469-363-5808
ken@emanuelson.us

**ATTORNEYS FOR PLAINTIFF
AKOLOUTHEO, LLC**

[2]

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on th the 10th day of August, 2018.

                                                           /s/ *Ronald W. Burns*
                                                           Ronald W. Burns