**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APCON, INC. (d.b.a. APCON SOLUTIONS, INC.),<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-100<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR DISMISSAL**

The plaintiff Akoloutheo, LLC ("Akoloutheo" or "Plaintiff"), and defendant Apcon, Inc. ("Apcon" or "Defendant") – pursuant to Fed. R. Civ. P. 41(a)(1)(A) – hereby jointly move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses and attorney's fees.

August 15, 2018

    Respectfully Submitted,

    By: /s/ *Ronald W. Burns*

    Ronald W. Burns
    Texas State Bar No. 24031903
    RWBurns & Co., PLLC
    5999 Custer Road, Suite 110-507
    Frisco, Texas 75035
    972-632-9009
    rburns@burnsiplaw.com

    Kenneth Thomas Emanuelson
    Texas Bar No. 24012591
    The Emanuelson Firm
    17304 Preston Road, Suite 800
    Dallas, Texas 75252
    469-363-5808
    ken@emanuelson.us

    **ATTORNEYS FOR PLAINTIFF
    AKOLOUTHEO, LLC**

By: /s/ *Steven N. Williams*

Steven N. Williams
swilliams@mcdolewilliams.com
TX State Bar No. 21577625
William Zac Duffy
zduffy@mcdolewilliams.com
TX State Bar No. 24059697
McDole Williams, P.C.
1700 Pacific Avenue, Suite 2750
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 – Facsimile

**ATTORNEYS FOR DEFENDANT
APCON, INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff and Defendant conferred on this date regarding this joint motion, and that the parties agree to file this motion jointly, and agree to dismiss this matter in its entirety.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 15th day of August, 2018.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.