# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AKOLOUTHEO, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18CV100 |
| | § | |
| APCON, INC. (d.b.a. APCON | § | |
| SOLUTIONS, INC.) | § | |

## TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**SIGNED this 27th day of August, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE