**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **AKOLOUTHEO, LLC,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**APCON, INC. (d.b.a. APCON SOLUTIONS, INC.),**<br><br>　　**Defendant.** | **CIVIL ACTION NO.: 4:18-cv-100**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration the Joint Motion for Dismissal filed by the Plaintiff and Defendant in this case, and the court being of the opinion that said motion [de #29] should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED**.

　　SIGNED this the 25th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD A. SCHELL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE